No. 427. GENERAL DEVELOPMENT CORP. *v.* UNION CARBIDE & CARBON CORP. C. A. 6th Cir. Certiorari denied. *Howell Van Auken* for petitioner. *Milton F. Mallender* for respondent.

No. 428. PITTSBURGH CONSOLIDATION COAL CO. *v.* WOUNICK. C. A. 3d Cir. Certiorari denied. *Harold R. Schmidt* and *John L. Laubach, Jr.* for petitioner. *Harry Alan Sherman* and *S. Eldridge Sampliner* for respondent.

No. 429. VIEW CREST GARDEN APARTMENTS, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Lyle L. Iversen* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 430. JANOUSEK *v.* CHATTERTON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph O. Janousek,* petitioner, *pro se.*

No. 432. PIERCE, EXECUTRIX, *v.* AMERICAN COMMUNICATIONS CO., INC., ET AL. C. A. 1st Cir. Certiorari denied. *David Rines* and *Robert H. Rines* for petitioner. *J. Pierre Kolisch, Robert L. Thompson* and *Edward D. Phinney* for respondents.

No. 433. SUCRS. DE A. MAYOL & CO., INC., *v.* MITCHELL, SECRETARY OF LABOR. C. A. 1st Cir. Certiorari denied. *Orlando J. Antonsanti* for petitioner. *Solicitor General Rankin, Harold C. Nystrom, Bessie Margolis* and *Beate Bloch* for respondent.